TRANSONIC SYSTEMS, INC.,
Plaintiff–Appellant,

v.

FRESENIUS USA, INC. and Fresenius
Medical Care Holdings, Inc.,
Defendants–Appellees.

No. 04–1439.

United States Court of Appeals,
Federal Circuit.

Nov. 4, 2004.

Before GAJARSA, Circuit Judge,
PLAGER, Senior Circuit Judge, and
LINN, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

T & W EDMIER CORPORATION,
Appellant,

v.

Les BROWNLEE, Acting Secretary
of the Army, Appellee.

No. 04–1250.

United States Court of Appeals,
Federal Circuit.

Nov. 4, 2004.

Rehearing Denied Jan. 4, 2005.

Before GAJARSA, Circuit Judge,
PLAGER, Senior Circuit Judge, and
LINN, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.